Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED 2022 FEB 11 AM 9:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | |
| Tonisha Brown | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ DEFENDANT | 22MJ00564 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 2/10/2022 at 8 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18USC1349; 18USC1028A(a)(1); 18USC981(a)(1)(C) and 28USC2461(C)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1993

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: emailed to duty-capt-cace cacp.uscourts.gov

10. Remarks (if any): N/A

11. Name: Yasheena Moultrie (please print)

12. Office Phone Number: 310-882-3024

13. Agency: FBI

14. Signature: [signed]

15. Date: 2/11/2022

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION